**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ARTCO-BELL CORP., ET AL.**                                               **CIVIL ACTION**

**VERSUS**                                                                            **NO. 04-1319**

**ROWLEY HANSELL-PETITIN, INC.**                                **SECTION "K"(1)**

## ORDER

Pending before the Court is a Motion for Summary Judgment filed by Artco-Bell Corp. and Midwest Folding Products Corp.  (Doc. 8).  Having been informed by counsel that no opposition is going to be filed and finding the motion to have merit,

**IT IS ORDERED** that the Motion for Summary Judgment is **GRANTED** and a judgment shall be entered in favor of Artco-Bell Corporation Rowley, and against Hansell-Petetin, Inc. d/b/a The Rowley Group, in the amount of eighty-nine thousand three hundred eighty-six dollars and twenty-five cents ($89,386.25) plus interest from April 1, 2004, plus attorney fees of 25% calculated as twenty-two thousand three hundred forty-six dollars ($22,346.00), plus the costs of these proceedings.

**IT IS FURTHER ORDERED** that judgment be entered in favor of Midwest Folding Products Corp., and against Rowley, Hansell-Petetin, Inc., d/b/a The Rowley Group in the amount of forty-three thousand nine hundred and one dollar and twenty cents ($43,901.20) plus interest from April 1, 2004, plus attorney fees of 25% calculated as ten thousand nine hundred seventy-five dollars ($10,975.00), plus the costs of these proceedings.

New Orleans, Louisiana, this  31st day of August, 2006.

_____
       **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**